IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Case No. 15-cr-00484-MSK-GPG

UNITED STATES OF AMERICA,
Plaintiff,

v.

CINDY F. GUERRIERI,
Defendant.

_____

RECOMMENTATION REGARDING PLEA AND SENTENCING
_____

This matter came before the Court for a Change of Plea following the filing of unanimous written consent by the parties, to have a United States Magistrate Judge provide advisements and a Recommendation.

The Government was represented by AUSA Peter Hautzinger.

The Defendant was present on summons with Federal Public Defender, Natalie Stricklin.

The Plea Agreement is submitted pursuant to Federal Rule of Criminal Procedure 11(c)(1)(A)&(B).

The Defendant was re-arraigned with regard to Count I of the Information. The Defendant pleads guilty to Count I of the Information.

The Defendant was sworn and advised regarding:

1. The terms and provisions of the proposed plea agreement (Ex. 1);

2. All matters contained in Federal Rule of Criminal Procedure 11(b)(1);

The Court Finds that:

(1). The Defendant is fully competent to proceed, to enter an informed plea of Guilty to Count I of the Information;

(2). The Defendant understands her right to proceed by way of Indictment and makes a knowing, voluntary and intelligent waiver of said right and agrees to proceed by way of Information;

(3). The Defendant understands the nature of the charges to which she is pleading guilty;

(4). The Defendant understands the possible penalties and the effects and consequences of a plea of guilty;

(5). The Defendant understands the fundamental Constitutional rights that are being waived including Defendant's right to a jury trial and all the rights associated with a trial;

(6). The Defendant's plea of guilty is voluntary and knowingly made;

(7). The Defendant is satisfied with the representation of counsel, has been represented through the course of this proceeding, and has no objection, criticism or complaint as to the representation which Defendant has received.

(8). The Defendant acknowledges and agrees with and to the factual basis and the Court finds that both the charge and plea are supported by an independent basis in fact;

(9). The Defendant understands that the penalty imposed by the sentencing Court will be based, in part, upon the facts stated in the plea agreement and may exceed that which is recommended in it.

(10). Pursuant to the Plea Agreement, the Government intends to dismiss counts I and II of the Indictment.

It is hereby ORDERED:

(1). The Plea Agreement (exhibit 1), Statement by Defendant in Advance of Plea of Guilty (exhibit 2) and Information (exhibit 3) are received and admitted.

(2). Any motions hearing and/or trial date is vacated. All non-substantive motions are declared moot.

Special Proceedings regarding the plea to a petty offense:

In this action, Defendant plead guilty to the sole count of the Information charging her with Obstruction of Mail in violation of 18 U.S.C. § 1701, a petty offense. The Magistrate Judge has jurisdiction to sentence a Defendant in petty offense matters pursuant to 28 U.S.C. 636 (a)(4). The Magistrate Judge does not have jurisdiction to dismiss the counts in the indictment (felony), but may recommend such dismissal to the assigned District Court Judge.

The parties unanimously requested to proceed to immediate sentencing in this action. The Court was in possession of a pre-trial bond report providing relevant information regarding Defendant and her (complete lack of) criminal history. The Court found that a pre-sentence investigation

was not necessary to meet the goals of 18 U.S.C. § 3553 at that the Court had sufficient information to proceed to immediate sentencing on the petty offense. As a petty offense, no requirement exists for a pre-sentence investigation to occur. The Court heard argument from both Counsel and allocution from the Defendant. The Magistrate Judge finds the following sentence is sufficient but not greater than necessary to comply with the goals of 18 U.S.C. § 3553:

5 days BOP (1 day suspended due to the fact that Defendant is prepared to pay $80 restitution immediately);
$80 restitution;
$10 special assessment.

The BOP sentence was immediately stayed pending the District Court's recommendation as to dismissal of the counts in the indictment and the parties were informed that the sentence would be completely vacated if the District Court did not accept said recommendations.

It is RECOMMENDED that:

(1). The Plea and Plea Agreement be accepted.
(2). All filed motions be denied, as moot.
(3). The Government's Motion to dismiss Counts I and II of the Indictment be granted.
(4). The sentence announced by the Magistrate Judge be adopted as the sentence of the Court.

The parties may object in writing to the findings and recommendations pursuant to Federal Rule of Criminal Procedure 59(B)(2) within fourteen(14) days.

Dated this _12th_ day of April, 2016.

BY THE COURT:

Gordon P. Gallagher

United States Magistrate Judge